## 36543. SHERATON CUMBERLAND ASSOCIATES LTD. v. COBB COUNTY et al.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

DECIDED FEBRUARY 10, 1981.

*Awtrey & Parker, L. M. Awtrey, Jr., Dana L. Jackel,* for appellant.

*Irma Glover, David P. Hartlin, James F. Martin,* for appellees.